| | | | |
|---|---|---|---|
| Swiderski Equipment, Inc. v. Swiderski | 2016AP000700 | 02–14–2017 | Affirmed/ reversed/ remanded |
| State v. Drake† | 2016AP000724 CR | 02-02-2017 | Affirmed |
| State v. Steel†††† | 2016AP000796 CR | 02–07–2017 | Affirmed |
| American Express Centurion Bank v. Hagen-Foley | 2016AP000802 | 02–01–2017 | Affirmed |
| State v. McKeel† | 2016AP000884 CR | 02–16–2017 | Affirmed |
| Dane County v. Walker | 2016AP000938 | 02–23–2017 | Affirmed |
| State v. Hartleben† | 2016AP001066 CR | 02–14–2017 | Affirmed |
| State v. Long† | 2016AP001069 | 02–22–2017 | Affirmed |
| State v. Colon | 2016AP001071 CR | 02–07–2017 | Affirmed |
| State v. Doule | 2016AP001146 CR | 02–14–2017 | Affirmed |
| Bruckner v. McGrath | 2016AP001312 | 02–22–2017 | Affirmed |
| State v. D. T.† | 2016AP001488 | 02–21–2017 | Affirmed |
| State v. Stern | 2016AP001534 | 02–07–2017 | Affirmed |
| State v. T. T. H.† | 2016AP001553 through 2016AP001554 | 02–21–2017 | Affirmed |
| Estate of Matteson v. Nelson | 2016AP001778 | 02–22–2017 | Affirmed |
| Village of DeForest v. Strelchenko | 2016AP001814 | 02–16–2017 | Affirmed |
| Marathon County v. R. O. | 2016AP001898 FT | 02–28–2017 | Affirmed |
| State v. Gibson | 2016AP001933 CR | 02–22–2017 | Affirmed |
| State v. D. P. V.† | 2016AP002037 | 02–14–2017 | Reversed/ modified/ affirmed |
| Dane County DHS v. J. B.† | 2016AP002422 | 02–16–2017 | Affirmed |

† Petition to review filed.
†††† Petition to review dismissed.